IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RANDELL DOUGLASS HOGGARD,

    Plaintiff,

v.    Civil Action No. 3:18CV819

D. GUTIERREZ, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 8, 2019, the Court directed Randell Douglass Hoggard to show good cause why the action should not be dismissed against Defendant E. Villalobos because Hoggard had failed to serve him in a timely manner. On January 14, 2019, the United States Postal Service returned the January 9, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Hoggard has not contacted the Court to provide a current address. Hoggard's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Hoggard.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: February 26, 2019
Richmond, Virginia